**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| v. | §   MISC. ACTION NO. H-09-299 |
| | § |
| LEONARD LEWIS, JR. | § |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION COMPELLING COMPLIANCE WITH SUMMONS**

This court has reviewed the Memorandum and Recommendation of the United States Magistrate Judge signed on September 4, 2009 and has made a *de novo* determination of the Magistrate Judge's recommended disposition. Rule 72(b), Fed. R. Civ. P.; 28 U.S.C. § 636(b)(1)(C); *United States v. Wilson*, 864 F.2d 1219 (5th Cir. 1989). No objections have been filed. This court finds that the Memorandum and Recommendation should be, and is, adopted as this court's Memorandum and Order. Leonard Lewis, Jr. is ordered to comply with the summons. Because the original date set in the Memorandum and Recommendation has passed, the court orders that Leonard Lewis, Jr. appear on November 13, 2009, at 8:30 a.m. at 8701 Gessner, Houston, Texas, before Internal Service Officer Annette Thompson or a designated agent, and produce the records and testimony called for in the summons.

SIGNED on October 28, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge